**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2538

MATTHEW JORDAN DROST; EDWARD STEWART, personal representative Deborah Stewart,

Plaintiffs – Appellants,

and

WILLIAM ANTHONY; BILLY BRASWELL; DAVID DANIEL BUMGARNER; DAVID SCOTT BUMGARNER; PAULETTE BUMGARNER; JAMES MITCHELL CHAPPELL; CHARLES CRENSHAW; JAMES DICKERT; ALAN ERNANDEZ; RICK ERTZBERGER; GARY EVATT; REX EVATT; BARRY EVATT; KEVIN HANCOCK; GEORGE HURLEY; EILEEN ISELI; RANDY JACKSON; ROY JEWELL; DANNY JOHNSON; JAMES KELLY; JUDY LEE; TERRY LEE; JASON LEWIS; BENNY MCGUFFIN; JACK MCQUEEN; LUCAS OLIVER; WILLIAM OWENS; NOLAN PACE; KENNETH PARHAM; ERNEST PRICE; GARY PRINCE; WILLIAM RHODES; WILLIAM SHARPE; MARK DAVID SHEPHERD; BRUCE SMITH; LOUIS SPOONE; ANNETTE SPRINGS; LAYTON SUTTLES; TYSON TAYLOR; ABEL TRAVINO; RANDOLPH WARD; GARY WINCHESTER,

Plaintiffs,

v.

ATLANTIC GROUP, INC., d/b/a DZ Atlantic,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Anderson.  J. Michelle Childs, District Judge.  (8:09-cv-02383-JMC)

Submitted: June 26, 2013               Decided: July 12, 2013

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Nancy Bloodgood, Lucy C. Sanders, FOSTER LAW FIRM, LLC, Charleston, South Carolina, for Appellants. Wade E. Ballard, Matthew J. Gilley, Kristin S. Gray, FORD & HARRISON, LLP, Spartanburg, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew Jordan Drost and Edward Stewart[*] appeal the district court's order granting summary judgment in favor of the Appellee on the Appellants' claims related to their termination of employment. The Appellants argue that the district court erred in denying their claims of promissory estoppel and negligent misrepresentation. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] As Stewart is deceased, his personal representative, Deborah Stewart, has maintained this appeal.